June 24, 2004

Senior Judge SDIA

**from the desk of   Judge Charles R. Wolle**

130 US Courthouse Annex
130 E. Court St.
Des Moines, IA 50309

Committee on Financial Disclosure
Judicial Conference of The US
One Columbus Circle, NE
Washington, DC 20544

Re: Financial Disclosure Report
for Years 2001 and 2002

I write in response to your 6-3-04 letter.
I correct my 6-10-02 2001 report, part VIII, p 3,
line 48, listing "MAYTAG Common A div JT.
I sold That asset on March 22, 2001,
information on erroneously omitted
from The 2001 report.  So the
2002 report also erroneously included
"Maytag Common A div JT", in line 43, p. 3.
Please consider This my amendment
to The 2001 and 2002 Reports,
making correct my omission of
Maytag Comp in my 2003 Report.
Thank you.
Crd 6-24-04

RECEIVED
JUN 29  2:52 PM '04
FINANCIAL
DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT
## For Calendar Year 2003

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. Sec. 101-111)

AO-10 (w)
Rev. 1/2002

**1. Person Reporting** (Last name, first, middle initial)
Wolle, Charles R.

**2. Court or Organization** SDIA
US District Court -

**3. Date of Report**
April 29, 2004

**4. Title** (Article III judges indicate active or senior status: magistrate judges indicate full- or part-time)
SR US District Judge SDIA

**5. Report Type (check type)**
Nomination, Date
Initial    Annual —X—    Final

**6. Reporting Period**
1-1-03
to
12-31-03

**7. Chambers or Office Address**
US Courthouse Annex
410 East Court Street
Des Moines, IA 50309

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____ Date _____

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| [ ] NONE (No reportable positions.) | |
| 1 Director + Vice President | Genoa Lakes Homeowners Ass'n. |
| 2 | |
| 3 | |

## II. AGREEMENTS (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 1 March 2003 | Honorarium for teaching writing to Connecticut Judges_ Meridin, CT | |
| 2 | | |
| 3 | | |
| 4 | | |

RECEIVED MAY 10 44 AM '04 FINANCIAL DISCLOSURE OFFICE #458

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)

DESCRIPTION

**SOURCE**

☐ NONE (No such reportable reimbursements.)

1. State of CT Judiciary, Hartford, CT, March 13-15, 04 — Teaching Judicial Writing — Travel, meals, lodging, honorarium.

2. Geo. Mason law + Econ, Arlington, Virginia, May 6-9, 04 — seminar on American Literature + law. Geo Mason reimburses travel, board, lodging

3. Natl. Judicial College, Reno, NV — July 29-31, 04 — Teaching Judicial writing, NJC pays travel, meals, lodging

4.

5.

6.

7.

## V. GIFTS

(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)

DESCRIPTION                              VALUE

**SOURCE**

☒ NONE (No such reportable gifts.)

1.

2.

3.

## VI. LIABILITIES

(Includes those of spouse and dependent children. See pp 32-33 of Instructions.)

DESCRIPTION                              VALUE CODE*

**CREDITOR**

☒ NONE (No reportable liabilities.)

1.

2.

3.

4.

5.

6.

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
0=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

**Name of Person Reporting:** Charles R. Walle

**Date of Report:** 4-29-04

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

| A. Description of Assets (including trust assets) Place "(X)" after such asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g. dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| X NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| ML = Merrill Lynch | | | | | | | | | |
| 1 ML IRA-Directed | B | div | K | T | | | | | |
| 2 ML Basic Value Fund / ML Dragon Fund | A | div | J | T | | | | | |
| 3 ML Euro Fnd " | A | div | J | T | | | | | |
| 4 ML Global Alloc Fnd | B | div | K | T | | | | | |
| 5 Identix Inc Common | A | div | J | T | | | | | |
| 6 Retirement Res Fund | A | div | J | T | | | | | |
| 7 Rollover IRRA - ML / ATT Wireless Common | A | div | J | T | | | | | |
| 8 Berkshire Hath B | A | div | K | T | | | | | |
| 9 BP Amoco PLC ADR | A | div | J | T | | | | | |
| 10 Citigroup Inc Common | A | div | J | T | | | | | |
| 11 Cisco Sys. Common | A | div | J | T | | | | | |
| 12 Irish Inv Fund | A | div | J | T | | | | | |
| 13 Progressive Ret. Fnd | A | div | J | T | | | | | |
| 14 General Elec. Com | A | div | J | T | | | | | |
| 15 Hellenic Tele ADR | A | div | J | T | | | | | |
| 16 Intel Common | A | div | J | T | | | | | |
| 17 Johnson & Johnson Com | A | div | J | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less (Col. B1, D4) B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000 F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=$5,000,001 or more

2 Val Codes: (Col. C1, D3) J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes: (Col. C2) Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market U=Book Value V=Other W=Estimated

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting
WOLLE, Charles R.

Date of Report April 29, 04



## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets,) | | | | | | | | | |
| ML = Merrill LYNCH | | | | | | | | | |
| ML Rollover IRRA (conT) | | | | | | | | | |
| MCI World Com Comm | A | div | J | T | | | | | |
| McDonalds Corp Comm | A | div | J | T | | | | | |
| Microsoft Common | A | div | J | T | | | | | |
| Nokia CoRP ADR | A | div | J | T | | | | | |
| Pfizer Common | A | div | J | T | | | | | |
| SYLVAN Learning Comm | A | div | J | T | | | | | |
| Walmart Common | A | div | J | T | | | | | |
| MBBank USA | A | div | K | T | | | | | |
| Fidelity Adv Mut Fund | A | div | K | T | | | | | |
| United Parcel Comm | A | div | K | T | | | | | |
| FLA East Coast Comm | A | div | K | T | | | | | |
| AOL Time Warner Comm | A | div | J | T | | | | | |
| American Exp. Comm | A | div | J | T | | | | | |
| Corning Inc " | A | div | J | T | | | | | |
| Oracle Corp " | A | div | J | T | | | | | |
| Starwood Hotels " | A | div | J | T | | | | | |
| Sun Microsyt " | A | div | J | T | | | | | |
| Vanguard Cust IRA Rollover FUNDS | | | | | | | | | |
| Vanguard 500 Ind. | A | div | K | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
  (See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000

2 Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
  (See Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=More than $50,000,000

3 Value Method Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash Market
  (See Col. C2)    U=Book value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WOLLE, Charles R. | April 29, '04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of

spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, | | | | | | | | | |
| M/ = Merrill Lynch | | | | | | | | | |
| 35 Vanguard (cont.) Vanguard Emerg MK | A | div | K | T | | | | | |
| 36 Vanguard European | A | div | K | T | | | | | |
| 37 Vanguard Pacific | A | div | K | T | | | | | |
| 38 General Growth Pts | A | div | J | T | | | | | |
| 39 Union Planters Corp | A | div | J | T | | | | | |
| 40 Wells Fargo & Co | A | div | J | T | | | | | |
| 7 End | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less. F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,000-$500,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | P4=More than $50,000,000 T=Cash/Market | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | | | | |

Name of Person Reporting

*Charles R. Wolle*

Date of Report

*4-29-04*

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇    Date *4-29-04*

Note:    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

## FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544